COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-455-CV

BANK OF AMERICA, N.A. APPELLANT

V.

WARRANTECH AUTOMOTIVE, INC. APPELLEE

 

----------

FROM THE 48TH DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s “Motion For Dismissal With Prejudice Pursuant To Settlement.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.

PER CURIAM

PANEL:  MCCOY, J.; LIVINGSTON, C.J.; and MEIER, J.

DELIVERED:  April 22, 2010

FOOTNOTES
1:
See
 Tex. R. App. P. 47.4.